[No. 52954-4-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK ALLAN ROMMES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02564-6, Ellen J. Fair, J., entered August 15, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53203-1-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY ASTANLIVINGSTEN MANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-02702-4, Patricia H. Clark, J., entered October 1, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53218-9-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00305-5, Ellen J. Fair, J., entered October 9, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53425-4-I. Division One. October 4, 2004.]

APOLLO WEST, L.L.C., *Appellant*, v. JOHN E. SACKS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-34867-8, Mary Yu, J., entered November 24, 2003. *Reversed* by unpublished per curiam opinion.